Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621-1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Jamie Carmel Trout

Chapter 13 Case Number:
14-43319-WJL13

Debtors(s)

NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on November 13, 2014 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California.

**DEBTOR(S) PERSONAL APPEARANCE IS REQUIRED AT THIS HEARING**

Date: October 06, 2014

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re<br>Jamie Carmel Trout<br><br>Debtors(s) | Chapter 13 Case Number:<br>14-43319-WJL13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

October 06, 2014            /s/Veronica Valdez
                                           Veronica Valdez

| | |
|---|---|
| Jamie Carmel Trout<br>1591 Cherry Blossom Ct<br>Brentwood,CA 94513<br><br>(Debtor(s)) | Sagaria Law Pc<br>2033 Gateway Place 5Th Fl<br>San Jose,CA 95110<br><br>(Counsel for Debtor) |
| Infiniti Fin Svcs<br>990 W 190Th St<br>Torrance, CA 90502-0000 | |
| Infiniti Financial Services<br>Po Box 660366<br>Dallas, TX 75266<br>(Creditor) | Franchise Tax Board<br>11031 Sun Center Dr<br>Rancho Cordova, CA 95670<br>(Creditor) |
| Cmg Mortgage Inc<br>3160 Crow Canyon Rd Ste<br>San Ramon, CA 94583<br>(Creditor) | Nathan D Borris Atty<br>21550 Foothill Blvd 2Nd Fl<br>Hayward, CA 94541<br>(Creditor) |
| Infiniti Financial Services<br>Po Box 660366<br>Dallas, TX 75266<br>(Creditor) | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA 958122952<br>(Creditor) |
| Eric Lee Trout<br>1591 Cherry Blossom Ct.<br>Brentwood, CA 94513<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA 191017346<br>(Creditor) |

| | | |
|---|---|---|
| 1 | David Mcintosh | Capital 1 Bank |
| 2 | 283 Persimmon Dr | Attn: General Correspondence |
|   | Brentwood, CA  94513 | Po Box 30285 |
| 3 | (Creditor) | Salt Lake City, UT  84130 |
|   |   | (Creditor) |
| 4 | Barclays Bank Delaware |   |
|   | Attn: Bankruptcy | David Mcintosh |
| 5 | P.O. Box 8801 | 283 Persimmon Dr |
|   | Wilmington, DE  19899 | Brentwood, CA  94513 |
| 6 | (Creditor) | (Creditor) |
| 7 | Bk Of Amer | Lvnv Funding C/O Resurgent Cap |
|   | Po Box 982235 | Po Box 10587 |
| 8 | El Paso, TX  79998 | Greenville, SC  296030587 |
|   | (Creditor) | (Creditor) |
| 9 |   |   |
| 10 | Capital 1 Bank |   |
|   | Attn: General Correspondence |   |
| 11 | Po Box 30285 |   |
|   | Salt Lake City, UT  84130 |   |
| 12 | (Creditor) |   |
| 13 | Chase |   |
|   | Po Box 15298 |   |
| 14 | Wilmington, DE  19850 |   |
|   | (Creditor) |   |
| 15 |   |   |
| 16 | Citibank |   |
|   | Citicorp Credit Services/Attn: Centraliz |   |
| 17 | Po Box 20507 |   |
|   | Kansas City, MO  64195 |   |
| 18 | (Creditor) |   |
| 19 | First Premier Bank |   |
|   | 601 S Minnesota Ave |   |
| 20 | Sioux Falls, SD  57104 |   |
|   | (Creditor) |   |
| 21 |   |   |
| 22 | Kohls/Capone |   |
|   | Po Box 3115 |   |
| 23 | Milwaukee, WI  53201 |   |
|   | (Creditor) |   |
| 24 |   |   |
|   | United States Treasury |   |
| 25 | Po Box 7346 |   |
|   | Philadelphia, PA  191017346 |   |
| 26 | (Creditor) |   |
| 27 |   |   |
| 28 |   |   |