MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
LEO G. SPANOS, SBN 261837, STAFF ATTORNEY
NIMA GHAZVINI, SBN 254758, STAFF ATTORNEY
6140 Stoneridge Mall Road, Suite 250
Pleasanton, CA 94588
PH: (925) 621-1900

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

JAMIE CARMEL TROUT

Debtor,

_____/

CHAPTER 13

CASE NO. 14-43319 WJL 13

**JOINT PRE-HEARING STATEMENT RE TRUSTEE'S OBJECTION TO CONFIRMATION**

Nima Ghazvini, Staff Attorney for Martha Bronitsky, Chapter 13 Trustee, spoke with Scott Johnson, Esq. on October 30, 2014. The remaining issues at the time of telephone conference were the following:

1. Plan does not pay Disposable Monthly Income (DMI) per § 1325(b)(2)

   Debtor will amend Form B22C ("Means Test") making changes discussed with the Trustee that will be a more accurate reflection of her DMI. The Plan will then be evaluated by the Trustee for compliance with § 1325(b)(2). Trustee's Objection is expected to be resolved.

| October 31, 2014 | /s/NIMA GHAZVINI 5909 |
|---|---|
| DATE | Nima Ghazvini, Esq. |

1